The People of the State of New York v. Henry M. Lucasik.—

Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.
The People of the State of New York v. Sigmund Zochowski.—

Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.
The People of the State of New York v. Daniel Di Bari.—

Concur —
Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.
The People of the State of New York v. Leonard Lightburn.—

Concur — Botein, P. J.,
Breitel, Rabin, Eager and Noonan, JJ.
The People of the State of New York v. Fred W. Seidenberg.—

Concur —
Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.
In the Matter of the Probate of the Will of James Harten, Deceased.
Kathleen H. Gorlach; Martha A. Hinds.—

Concur — Botein, P. J.,
Breitel, Rabin, Valente and McNally, JJ.
In the Matter of the Probate of Will of James Harten, Deceased.
Kathleen H. Gorlach; Martha A. Hinds et al.—
Concur — Botein, P. J.,
Valente, Stevens, Eager and Steuer, JJ.
John Mangi v. City of New York et al.—

Concur — Botein, P. J., Breitel, Valente, McNally and
Bergan, JJ.
Charles Battista v. Ida Liuzzi et al.—

Concur — Botein, P. J., Breitel,
Valente, McNally and Bergan, JJ.
Frederick S. Weaver v. Metropolitan Life Insurance Company
et al.—

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

In the Matter of LEON FREINCLE v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York.—

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

LEO YASSKY v. HARRY LITTMAN et al.—

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

In the Matter of JOSEPH QUITTNER, as Chairman of Tenants Committee, v. ROBERT E. HERMAN, as State Rent Administrator et al.—

Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

In the Matter of the Appointment of a Committee of the Person and Property of MICHAEL T. MARSHALL, an Alleged Incompetent Person. MICHAEL T. MARSHALL, JR.; MARY L. MARSHALL et al.—

Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

In the Matter of MARTIN L. COHEN, as Secretary, v. WALDEN SPORTSWEAR, INC., et al.—